```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 08 B 21061
    MICHELLE L MINCEY
                                                  CHAPTER 13

                                                  JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-3237

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/12/2008 and was not confirmed.

     The case was dismissed without confirmation 11/03/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------------
ASSET ACCEPTANCE           UNSECURED         1008.04          .00            .00
ASSET ACCEPTANCE           NOTICE ONLY     NOT FILED          .00            .00
ASSET ACCEPTANCE           NOTICE ONLY     NOT FILED          .00            .00
AT&T                       UNSECURED       NOT FILED          .00            .00
CALVARY PORTFOLIO SERV     NOTICE ONLY     NOT FILED          .00            .00
OVERLAND BOND & INVESTME   UNSECURED        19929.95          .00            .00
CAR CREDIT CENTER          NOTICE ONLY     NOT FILED          .00            .00
CAR CREDIT CENTER          NOTICE ONLY     NOT FILED          .00            .00
CITY OF CHICAGO PARKING    UNSECURED         3100.00          .00            .00
CITY OF CHICAGO DEPT OF    NOTICE ONLY     NOT FILED          .00            .00
CHICAGO DEPT OF REVENUE    NOTICE ONLY     NOT FILED          .00            .00
CITY CHICAGO DEPT OR REV   NOTICE ONLY     NOT FILED          .00            .00
COLUMBUS BANK & TRUST      UNSECURED       NOT FILED          .00            .00
COMCAST                    UNSECURED       NOT FILED          .00            .00
COMCAST                    NOTICE ONLY     NOT FILED          .00            .00
COMMONWEALTH EDISON        UNSECURED         1127.80          .00            .00
WOW INTERNET CABLE SVC     UNSECURED       NOT FILED          .00            .00
CREDIT MANAGEMENT          NOTICE ONLY     NOT FILED          .00            .00
AT&T BROADBAND             UNSECURED       NOT FILED          .00            .00
CREDIT PROTECTION ASSOCI   NOTICE ONLY     NOT FILED          .00            .00
Z TEL COMMUNICATIONS       UNSECURED       NOT FILED          .00            .00
CREDIT SOLUTIONS CORP      NOTICE ONLY     NOT FILED          .00            .00
FIRST PREMIER BANK         UNSECURED       NOT FILED          .00            .00
FIRST PREMIER BANK         NOTICE ONLY     NOT FILED          .00            .00
FIRST PREMIER BANK         NOTICE ONLY     NOT FILED          .00            .00
ISAC                       UNSECURED        18667.39          .00            .00
ISAC                       UNSECURED       NOT FILED          .00            .00
ISAC                       UNSECURED       NOT FILED          .00            .00
ISAC                       UNSECURED       NOT FILED          .00            .00
LVNV FUNDING               UNSECURED          315.11          .00            .00
LVNV FUNDING               UNSECURED       NOT FILED          .00            .00
LVNV FUNDING               NOTICE ONLY     NOT FILED          .00            .00
EVERGREEN MEDICAL SPECIA   UNSECURED          314.00          .00            .00
MEDICAL COLLECTION SYSTE   NOTICE ONLY     NOT FILED          .00            .00
EMERGENCY ROOM CARE PROV   UNSECURED       NOT FILED          .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 21061 MICHELLE L MINCEY
```

```
MEDICAL COLLECTIONS SYST NOTICE ONLY   NOT FILED            .00           .00
MERRICK BANK             UNSECURED      1081.33             .00           .00
ASPIRE                   UNSECURED     NOT FILED            .00           .00
MIDLAND CREDIT MGMT      NOTICE ONLY   NOT FILED            .00           .00
ASSET ACCEPTANCE         UNSECURED       265.43             .00           .00
MONEY CONTROL            NOTICE ONLY   NOT FILED            .00           .00
NAFS                     UNSECURED     NOT FILED            .00           .00
NELNET LOAN SERVICES     UNSECURED     NOT FILED            .00           .00
NELNET LOAN SERVICES     UNSECURED     NOT FILED            .00           .00
NELNET LOAN SERVICES     UNSECURED     NOT FILED            .00           .00
NELNET LOAN SERVICES     UNSECURED     NOT FILED            .00           .00
PEOPLES GAS LIGHT & COKE UNSECURED     NOT FILED            .00           .00
TCF NATIONAL BANK        UNSECURED     NOT FILED            .00           .00
PROFESSIONAL ACCOUNT MGM NOTICE ONLY   NOT FILED            .00           .00
SPRINT NEXTEL            UNSECURED       350.88             .00           .00
LVNV FUNDING             UNSECURED       579.52             .00           .00
RESURGENT CAPITAL SERVIC NOTICE ONLY   NOT FILED            .00           .00
RJM ACQUISITION          UNSECURED        87.35             .00           .00
SHERMAN ACQUISITION      UNSECURED     NOT FILED            .00           .00
ST FRANCIS HOSPITAL      UNSECURED     NOT FILED            .00           .00
SURE TEL                 UNSECURED     NOT FILED            .00           .00
SWEDISH COVENANT HOSPITA UNSECURED     NOT FILED            .00           .00
T MOBILE                 UNSECURED       231.70             .00           .00
LEDFORD & WU             DEBTOR ATTY   3,300.00                        171.68
TOM VAUGHN               TRUSTEE                                        13.32
DEBTOR REFUND            REFUND                                           .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE              185.00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                               171.68
TRUSTEE COMPENSATION                          13.32
DEBTOR REFUND                                   .00
                    ---------------     ---------------
TOTALS               185.00                  185.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 02/24/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |